No. 90–640. WICKMAN v. NORTHWESTERN NATIONAL LIFE INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 90–665. BENEFIT TRUST LIFE INSURANCE CO. v. KUNIN. C. A. 9th Cir. Certiorari denied.

No. 90–668. HALAS v. QUIGG, COMMISSIONER OF PATENTS. C. A. Fed. Cir. Certiorari denied.

No. 90–677. ROECK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–684. WIGGINS v. CHRYSLER CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–708. ANDERSON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 90–709. SOLIMAN, DBA SPHINX & PYRAMIDS PROPERTIES & INVESTMENTS, INC. v. EDDINS ENTERPRISES, INC. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 90–743. ROBINSON v. FRANK, POSTMASTER GENERAL OF THE UNITED STATES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–753. LAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5032. COBB v. CITY OF DETROIT COMMON COUNCIL ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5079. PORTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–5099. RUIZ ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5352. SINDRAM v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 90–5433. BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.